UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAUVE COLLINS (#551251)

VERSUS                                                           CIVIL ACTION

TRISH FOSTER                                                     NUMBER 13-232-BAJ-SCR

**RULING ON MOTION FOR ISSUANCE OF SUBPOENA DUCES TECUM**

Before the court is the plaintiff's motion to issue a Subpoena Duces Tecum.  Record document number 13.

Pro se plaintiff, an inmate confined at Louisiana State Penitentiary, Angola, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against Legal Programs Director Trish Foster. Plaintiff alleged that his legal mail was sent to the legal programs office to review and has not been returned to him. Specifically, the plaintiff alleged that on October 10, 2012, he received eight CDs and six cassette tapes from a state district attorney's office.  Plaintiff alleged that the officer informed him that he would not be permitted to possess the materials, which were sent to the legal programs department for review.  Plaintiff alleged that the materials have not been delivered to him.

A hearing is scheduled in this case pursuant to *Spears v. McCotter*, 766 F.2d 179 (5th Cir. 1985), on July 23, 2013, to determine whether the plaintiff's Complaint should be dismissed as

frivolous.[1]

Plaintiff is now before the court seeking the issuance of a subpoena duces tecum to prison officials to produce the cassette tapes and CDs at the *Spears* hearing.  Plaintiff argued that the cassette tapes and CDs are needed at the *Spears* hearing to prove that prison officials should have permitted him to have the majority of the items.

The purpose of the *Spears* hearing is to determine whether the complaint should be dismissed as frivolous as a matter of law.  The cassette tapes and CDs are not needed to make that determination.

Accordingly, the plaintiff's motion to issue a subpoena duces tecum is denied.

Baton Rouge, Louisiana, July 19, 2013.

*[signature: Stephen C. Riedlinger]*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

---

[1] Record document number 9.