UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAUVE COLLINS (#551251)

VERSUS                                               CIVIL ACTION

TRISH FOSTER                                         NUMBER 13-232-BAJ-SCR

**NOTICE**

    Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

    In accordance with 28 U.S.C. § 636(b)(1), you have 14 days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

    ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

    Baton Rouge, Louisiana, July 1, 2014.

                                       STEPHEN C. RIEDLINGER
                                       UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JAUVE COLLINS (#551251)

VERSUS                                                CIVIL ACTION

TRISH FOSTER                                          NUMBER 13-232-BAJ-SCR

**<u>MAGISTRATE JUDGE'S REPORT</u>**

Before the court is the plaintiff's Motion Requesting For A Preliminary Injunction and/or Temporary Restraining Order. Record document number 71.

Plaintiff's motion is frivolous. The actions about which he complains in this motion occurred on or about May 5-19, 2014, involved officer Mary Anthony, and have no apparent connection to the defendant or the actions which form the basis of claims in this case, which occurred in late 2012 to early 2013. The motion does not describe any specific legal mail officer Anthony refused to mail, nor does it even suggest that anything the plaintiff wanted to mail related in any way to this case. At best, the plaintiff is simply using this lawsuit as a vehicle to bring unrelated grievances against other prison officials. As such, there is no factual basis for the court to issue any form of injunction against the defendant in this case.

**RECOMMENDATION**

It is the recommendation of the magistrate judge that the plaintiff's Motion Requesting For A Preliminary Injunction and/or Temporary Restraining Order be denied.

Baton Rouge, Louisiana, July 1, 2014.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE