UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JAUVE COLLINS (#551251) | CIVIL ACTION |
| VERSUS | |
| TRISH FOSTER | NO.: 3:13-cv-00232-BAJ-SCR |

### RULING AND ORDER

Before the Court is Plaintiff's **MOTION REQUESTING FOR [SIC] A PRELIMINARY INJUNCTION AND/OR TEMPORARY RESTRAINING ORDER (Doc. 71)**. The Magistrate Judge has issued a **REPORT (Doc. 73)**, recommending that Plaintiff's motion be denied because "there is no factual basis for the court to issue any form of injunction against the defendant in this case." (*Id.* at p. 2). Plaintiff has not filed any objection to the Magistrate Judge's report.

Having carefully considered Petitioner's **MOTION (Doc. 71)** and related filings, the Court **APPROVES** the Magistrate Judge's **REPORT (Doc. 73)** and **ADOPTS** it as the Court's opinion in this matter.

Accordingly, for the reasons explained in the Magistrate Judge's Report (Doc. 73),

IT IS ORDERED that Plaintiff's **MOTION REQUESTING FOR A PRELIMINARY INJUNCTION AND/OR TEMPORARY RESTRAINING ORDER (Doc. 71)** is **DENIED**.

Baton Rouge, Louisiana, this 13th day of August, 2014.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**